1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES SMITH,                                    1:08-cv-01089-SMS (HC)

                Petitioner,
                                 ORDER AUTHORIZING
    vs.                                         IN FORMA PAUPERIS STATUS

HEDGPETH,

                Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:    August 25, 2008**              _____/s/ Sandra M. Snyder_____
                                           UNITED STATES MAGISTRATE JUDGE